NATHAN HUTKOFF, Appellant, *v.* AMELIA GORMAN, as Executrix, JAMES COLLINS, and ROBERT D. WHITE, Jr., Respondents.

APPEAL from a judgment and order entered in favor of defendants.

H. Joseph, for appellant.

D. Leventritt, for respondents.

*Per Curiam.*   The order appealed from must be affirmed, with costs.

The entire record and proceedings herein show that all the above persons named as defendants were actually defendants.

That they appeared at the trial and each one tried the issues raised by their respective pleadings.

Because of the result of such trial, a judgment was entered in favor of said defendants and each of them, and, therefore, the costs taxed herein were properly allowed and the judgment entered was right.

Judgment affirmed, with costs.

Present:   FITZSIMONS and SCHUCHMAN, JJ.

Judgment affirmed, with costs.

---

MARIE FOGASSI, Respondent, *v.* NEW YORK CENTRAL & HUDSON RIVER RAILROAD Co., Appellant.

APPEAL from a judgment in favor of plaintiff and from an order denying a motion for a new trial.

A. Green, for appellant.

Campora & Reville, for respondent.

*Per Curiam.*   Judgment and order affirmed, with costs.

Present:   VAN WYCK, Ch. J., and FITZSIMONS, J.

Judgment and order affirmed, with costs.